UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **LEE EDWARD PEYTON,** | ) |
| | ) |
| Petitioner, | ) Case No. CV 16-9552 VAP (AJW) |
| | ) |
| v. | ) |
| | ) ORDER ACCEPTING REPORT AND |
| **SCOTT KERNAN,** | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| | ) |
| Respondent. | ) |
| _____ | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: January 3, 2018

_____
Virginia A. Phillips
United States District Judge