UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

LEE EDWARD PEYTON,                    )
                                      )
            Petitioner,               )   No.  CV 16-9552-VAP(AJW)
                                      )
      vs.                             )
                                      )
SCOTT KERNAN, SECRETARY OF            )       JUDGMENT
CALIFORNIA DEPARTMENT OF              )
CORRECTIONS AND REHABILITATION,       )
                                      )
            Respondent.               )
_____)


      **It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.


Dated:  January 3, 2018

_____
Virginia A. Phillips
United States District Judge